

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    *United States v. Dariel Lopez*, 17 Cr. 204 (JMF)

Dear Judge Furman:

    I write to apprise the Court of a recent development relevant to the conference scheduled for tomorrow, Thursday, May 4, 2023, at 11:00 AM, in connection with the reported violation of supervised release in the above-captioned case, and to request an adjournment of that conference with defense counsel's consent.

    Late this morning, the defendant, Mr. Lopez, was arrested on a warrant issued by the United States District Court for the Eastern District of New York in connection with an indictment that was thereafter unsealed. That indictment, emailed to the Court with a courtesy copy of this letter-motion and captioned 23 Cr. 189 (E.D.N.Y.) (Brown, J.), charges the defendant with one count of possession of controlled substances with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), (b)(1)(B), and (b)(1)(C).

    In view of Mr. Lopez's arrest and pending presentment in Central Islip, New York, the parties jointly request an adjournment of the VOSR conference scheduled for tomorrow morning. There have been no previous requests for adjournment of tomorrow's conference, and the parties do not have a next scheduled appearance in this matter.

*The conference tomorrow is hereby ADJOURNED sine die. The Government should update the Court when the Defendant is released. The Clerk of Court is directed to terminate Doc. #175. SO ORDERED.*

*[signature]*
*May 3, 2023*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Justin Horton
Assistant United States Attorney
(212) 637-2276