```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :   17-CR-204 (JMF)
                                                                  :
DARIEL LOPEZ,                                                     :       REVISED
                                                                  :   SCHEDULING ORDER
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

    IT IS HEREBY ORDERED that the violation sentencing previously scheduled for July 23, 2025, is RESCHEDULED for **July 21, 2025**, at **11:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: June 30, 2025  
       New York, New York

                                                       JESSE M. FURMAN  
                                             United States District Judge